R. David Hosp
ORRICK, HERRINGTON & SUTCLIFFE, LLP
222 Berkeley St. Ste 2000
Boston, MA  02116
Telephone: (617) 880-1886
Facsimile: (617) 880-1801
Email: dhosp@orrick.com

Paige Pavone
ORRICK, HERRINGTON & SUTCLIFFE, LLP
51 West 52nd Street
New York, NY  10019
Telephone: (212) 506-3604
Facsimile: (212) 506-5151
Email: ppavone@orrick.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| FRANKLIN GOMEZ CARRANZA and RUBEN TORRES JAUREGUI,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No. 20-CV-424<br><br><br><br>**DECLARATION OF DAVID JACKSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, David Jackson, declare as follows:

1. I make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently.

2. As the Supervising Intake Specialist, I am responsible for scheduling phone calls with clients and potential clients at both El Paso Service Processing Center and Otero County Processing Center so that volunteers and myself have intake consultations with these individuals.

3. As of 3/19/2020 up until 5/13/2020, I have missed approximately 20-25 calls with clients and potential clients at Otero County Processing Center.

4. I have waited up to 4 hours to receive calls form Otero which is not included in the missed calls.

5. I have been denied access to free legal calls with clients and potential clients left with the option of pursuing legal calls at the cost of the detainee at Otero County Processing Center.

6. I have been denied access to three-way call capabilities for interpreter purposes to accommodate non-Spanish speaking detainees.

7. As of 3/19/2020 up until 5/13/2020, I have missed approximately 8-12 calls with clients and potential clients at El Paso Service Processing Center.

8. I have waited up to 6 hours to receive calls from El Paso Service Processing Center which is not included in the missed calls.

9. Both facilities have experienced difficulty in securing privacy for legal-confidential calls. Both facilities have experienced numerous call-drops where the calls end prematurely.

10. Las Americas Detained Deportation Team's intake process is the first step to providing free legal services to those who are detained by attaining information from each detainee to have them processed into our screening, prior to representing or advocating for them.

    As of 3/19/2020 until now, roughly 35 detainees have been denied access to our intake process due to the lack of cooperation of setting free legal calls on the part of Otero.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on 5/13/2020 in El Paso, Texas.

   __/s/ David Jackson_____

   David Jackson