R. David Hosp
ORRICK, HERRINGTON & SUTCLIFFE, LLP
222 Berkeley St. Ste 2000
Boston, MA  02116
Telephone: (617) 880-1886
Facsimile: (617) 880-1801
Email: dhosp@orrick.com

René A. Kathawala
Paige Pavone
Lauren D. Allen
ORRICK, HERRINGTON & SUTCLIFFE, LLP
51 West 52nd Street
New York, NY  10019
Telephone: (212) 506-3604
Facsimile: (212) 506-5151
Email: ppavone@orrick.com

Katherine Melloy Goettel (Admitted *Pro Hac Vice*)
Emma C. Winger (Admitted *Pro Hac Vice*)
AMERICAN IMMIGRATION COUNCIL
1331 G Street, NW, Suite 200
Washington, DC 20005
Tel.: (202) 507-7552
Email: kgoettel@immcouncil.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| FRANKLIN GOMEZ CARRANZA and RUBEN TORRES JAUREGUI,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No. 2:20-CV-00424 (KG) (KRS)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Named Plaintiffs Franklin Gomez Carranza and Ruben Torres Jauregui, by and through their attorneys of record, hereby dismiss without prejudice any and all claims that were brought in this action against Defendants.

Respectfully Submitted,

Dated:  May 18, 2021

/s/ Paige Pavone

René A. Kathawala
Paige Pavone
Lauren D. Allen
ORRICK, HERRINGTON & SUTCLIFFE, LLP
51 West 52nd Street
New York, NY  10019
Telephone: (212) 506-3604
Facsimile: (212) 506-5151
Email: ppavone@orrick.com

R. David Hosp
ORRICK, HERRINGTON & SUTCLIFFE, LLP
222 Berkeley St. Ste 2000
Boston, MA  02116
Telephone: (617) 880-1886
Facsimile: (617) 880-1801
Email: dhosp@orrick.com

Katherine Melloy Goettel (Admitted *Pro Hac Vice*)
Emma C. Winger (Admitted *Pro Hac Vice*)
AMERICAN IMMIGRATION COUNCIL
1331 G Street, NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7552
Email: kgoettel@immcouncil.org

*Attorneys for Plaintiffs*

FRED J. FEDERICI
Acting United States Attorney

     /s/ Christine H. Lyman
CHRISTINE H. LYMAN
Assistant United States Attorney
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
505-346-1532
Christine.Lyman@usdoj.gov
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2021, Plaintiffs filed through the United States District Court CM/ECF System the foregoing document, causing it to be served by electronic means on all counsel of record.

                /s/ Paige Pavone
               *Attorney for Plaintiffs*